[No. 19134.   Department Two.   July 18, 1925.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED VAN ALSTINE, *Appellant*.[1]

Appeal from a judgment of the superior court for Yakima county, Nichoson, J., entered May 19, 1924, upon a trial and conviction of the unlawful possession of intoxicating liquor. Affirmed.

*Grady & Velikanje*, for appellant.

*Sydney Livesey* and *G. E. Clark*, for respondent.

PER CURIAM.—Our reading of the facts brings us to the same conclusion as that reached by the trial court, who, without a jury, convicted the appellant of the crime of having intoxicating liquor in his possession.

Judgment affirmed.